# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2022

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Torina Lorenzano
Name of Supervising Judicial Officer:  The Honorable Chief Judge Stanley A. Bastian
Docket No:  1:21CR02016-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the country. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Torina Lorenzano to travel out of the country.

Respectfully submitted by,

s/Kyle Mowatt                                   11/01/2022
Kyle  Mowatt                                    Date
Supervisory U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_Stanley A. Bastian_
Signature of Judicial Officer

11/2/2022
Date